IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOBA, INC., Plaintiff, vs. JOHN DOE, real name unknown; Defendant. | 4:17CV3120 ORDER |

On September 15, 2017, the court granted Plaintiff leave to issue subpoenas to facilitate specifically identifying the defendant. More than 90 days have passed and Plaintiff has not further identified the defendant and/or served summons on a defendant.

Accordingly,

IT IS ORDERED that on or before January 29, 2018, Plaintiff shall either serve summons on the Defendant or file a report stating why service cannot be accomplished by that date, in the absence of which this case may be dismissed for what of prosecution and without further notice.

Dated this 27th day of December, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge